John D. Guerrini  (190972)
**THE GUERRINI LAW FIRM**
750 East Green Street, Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiffs Crescent Jewelers

[8219]

RECEIVED

NOV 16 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT JEWELERS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRY HUON dba T K H JEWELRY REPAIR & CUSOM DESIGN<br><br>　　　　Defendant. | CASE NO.  10-MC-80215 PJH<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure; Local Rule 69-1]<br><br>[No Hearing Required] |

　　　Plaintiff CRESCENT JEWELERS Debtor in Possession, pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, and Rule 69-1 of the Local Rules of Practice of the United States District Court for the Central District of California, request that American Legal Support Services who is at least 18 years of age

-2-

of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case.  The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Dated: 11/19/10

_____
United States District Judge